## SMITH v. CITIZENS' BANK & TRUST CO.

[87 South. 485, No. 21513.]

APPEAL AND ERROR. *Appeal will be dismissed where the real purpose is to obtain reversal but affirmance.*

An appeal will be dismissed where the real purpose is not to obtain a reversal of the decree but to have it affirmed; there being no actual controversy of either law or of fact to be decided.

APPEAL from chancery court of Humphreys county.
HON. E. N. THOMAS, Chancellor.

Suit in equity between W. E. Smith and the Citizens'
Bank & Trust Company.  Decree for the latter, and the
former appeals.  Appeal dismissed.

*Green & Green,* for appellant.

No brief for counsel found in the record.

SMITH, C. J., delivered the opinion of the court.

The appellee has filed no brief, and the brief for the
appellant is devoted solely to an attempt to convince the
court that the decree appealed from is correct.  The real
purpose of the appeal therefore is not to obtain a reversal
of the decree appealed from but to have it affirmed; there
being no actual controversy of either law or fact to be
decided.  When such is the case the appeal should be dis-
missed.  *Davies* v. *Brooks,* 212 Ill. 566, 72 N. E. 724.

The question which counsel for the appellant seeks to
convince us was decided correctly in the court below is
an important and difficult one, and should not be decided
by this court until it has had the assistance of full argu-
ment by opposing counsel.

*Appeal dismissed.*